COMMERCIAL UNION INSURANCE COMPANY, Respondent,

v.

Ronald A. GRAVES, Appellant.

No. WD 36266.

Missouri Court of Appeals, Western District.

March 26, 1985.

---

1. As to the rights of plaintiff-former wife, if any, *See Goforth v. Ellis,* 300 S.W.2d 379 at 383 (Mo.1957).

J.D. Williamson, Jr., Independence, for appellant.

Paul D. Cowing and Mary A. Estes, Kansas City, for respondent.

Before CLARK, P.J., and SOMERVILLE and KENNEDY, JJ.

PER CURIAM.

Appeal from summary judgment for plaintiff-respondent in an action for construction of a contract between the parties.

Judgment affirmed. Rule 84.16(b).